counsel granted, and it is ordered that Barbara L. Hartung, Esq., of Richmond, Va., be appointed to serve as counsel for petitioner in this case.

No. 99–6959. IN RE NEFF. Petition for writ of habeas corpus denied.

No. 99–6430. IN RE TAYLOR. Petition for writ of mandamus denied.

No. 99–224. DUCKWORTH, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY, ET AL. v. FRENCH ET AL.; and No. 99–582. UNITED STATES v. FRENCH ET AL. C. A. 7th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 178 F. 3d 437.

No. 99–5525. DICKERSON v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. Paul G. Cassell, Esq., of Salt Lake City, Utah, is invited to brief and argue this case, as *amicus curiae*, in support of the judgment below.

No. 99–388. NATIONAL ENGINEERING & CONTRACTING CO., INC. v. HERMAN, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–394. BANK OF AMERICA CORP. ET AL. v. HERMAN, SECRETARY OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–405. HAY v. EVINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–438. TRIVETTE ET UX., AS CO-ADMINISTRATORS OF THE ESTATE OF TRIVETTE, ET AL. v. NORTH CAROLINA BAPTIST HOSPITALS, INC. Sup. Ct. N. C. Certiorari denied.

No. 99–470. LANGFORD v. MAKITA CORPORATION OF AMERICA. C. A. 5th Cir. Certiorari denied.